

Hon. Marilyn Go　　　　　　　　　　　　　　　　　　　　　　　　May 7, 2012
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, NY 11201


RE:　　Jay Arroyo v. City of New York et al
　　　　11CV5395 (JBW) (MDG)


Your Honor,

I am plaintiff's counsel in the above referenced case, and write on behalf of all parties to advise the Court we have negotiated a settlement of the matter.

A status conference is scheduled for tomorrow morning, and I would respectfully request that that conference be cancelled.

Paperwork memorializing the settlement should be forthcoming within two weeks.


Sincerely Yours,

Andrew B. Stoll (AS8808)
Stoll, Glickman & Bellina L.L.P.


To:　　ACC Mark Mixson
　　　　By ecf